■ BERNICE MALCOLM, Appellant, v HONEOYE FALLS-LIMA CENTRAL SCHOOL DISTRICT et al., Respondents. [959 NYS2d 85]— Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered July 22, 2011. The order, among other things, granted the motions of defendants to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Carni, Sconiers and Valentino, JJ.

■ In the Matter of ROBERT FLOYD, Appellant, v ANDREA W. EVANS, Chairwoman, New York State Division of Parole, Respondent. [958 NYS2d 637]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered November 15, 2011 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Centra, J.P., Fahey, Carni, Sconiers and Valentino, JJ.